AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

JODY DIXON

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 03 mj 0472 RBC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about September 15-16, 2003 in Middlesex county, in the _____ District of Massachusetts defendant(s) did, (Track Statutory Language of Offense) knowingly deposit and cause to be delivered by the United States Postal Service ("USPS") according to the directions thereon communications addressed to other persons and containing threats to injure the persons of the addressees and others, to wit, communications contained within each of three envelopes addressed to Middlesex County Assistant District Attorney Jill Goldstein, two envelopes addressed to Middlesex County District Attorney Martha Coakley, and one envelope addressed to Massachusetts Attorney General Thomas Reilly

in violation of Title 18 United States Code, Section(s) 876(c) .

I further state that I am a(n) Postal Inspector, USPS and that this complaint is based on the following
Official Title
facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

11-21-2003  at 2:07 pm  at  Boston, Massachusetts
Date                                                City and State

ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE                 _____
Name & Title of Judicial Officer                 Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT OF JOYCE V. GRAVES

I, JOYCE V. GRAVES, being duly sworn, hereby depose and state as follows:

1. I am a Postal Inspector with the United States Postal Service ("USPS") and have been so employed for approximately 18 years. I make this affidavit in support of a complaint charging Jody Dixon with mailing threatening communications, in violation of Title 18, United States Code, § 876(c). The information set forth herein is based on my own knowledge, my conversations with other law enforcement officers, and my review of reports and other documents provided to me by other law enforcement officers. I do not intend in this affidavit to recite everything that the investigation has shown to date but rather simply to set forth information to establish probable cause to believe that Mr. Dixon has violated § 876(c).

2. On or about September 15, 2003, Jody Dixon, an inmate of the Souza-Baranowski Correctional Center, 1 Harvard Road, Shirley, Massachusetts, a Massachusetts correctional facility (hereinafter, the "prison"), presented within the prison for ultimate delivery by the USPS a total a six envelopes, each of which set forth in the upper left-hand corner Mr. Dixon's name, inmate number, and return address at the prison, and each of which contained handwritten letters or notes. Three of the envelopes were addressed to Jill Goldstein, an Assistant District Attorney employed by the Middlesex County District Attorney's

Office; two were addressed to Middlesex County District Attorney Martha Coakley; and one was addressed to Massachusetts Attorney General Thomas Reilly. Each of the six envelopes with the enclosed written matter was in fact delivered, on or about September 16, 2003, by the USPS to the address set forth on the particular envelope, although each of the envelopes was actually opened by somebody other than the named addressee.

    3. Ms. Goldstein participated in the prosecution of Mr. Dixon in the year 2000 in Middlesex Superior Court, Lowell, Massachusetts, for a number of counts of breaking and entering and related offenses. As a result of this prosecution, Mr. Dixon pled guilty to approximately seven counts of breaking and entering, including one count of breaking and entering a dwelling in the nighttime and six counts of breaking and entering in the daytime, and received sentences of three years, three months to three years, three months and a day. Mr. Dixon also pled guilty to five counts of larceny from a building and one count of attempted breaking and entering in the daytime and received sentences of two years' probation.

    4. One of the envelopes addressed to Ms. Goldstein contained a handwritten letter that included, among other things, the phrase "Kill Jill" repeated more than 60 times and depictions of both a firearm and what appears to be a sharp weapon from which drops of blood are dripping. Another of the envelopes

addressed to Ms. Goldstein contained a letter that included, among other things, the phrase "You will die soon" and was signed with the name "Jody Dixon". The third envelope addressed to Ms. Goldstein included at letter that, among other things, contained the following message: "Its me. I hope you haven't forgotten are little date with a switch blade. For real your one dead cunt a I couldn't be happyer than to be the man to do what so many want but lack the balls. But oh no everyone will see your fate is already sealed." This letter was signed with the name "Jody." At least some of the letters appeared to have been smeared with bodily substances, including possible blood and excrement.

5. One of the envelopes addressed to District Attorney Coakley contains a note that appears to have been smeared with bodily substances and that includes, among other things, the handwritten words, "My Aids infected body fluid. Enjoy."

6. The envelope addressed to Attorney General Reilly also contained a handwritten note that appeared to have been smeared with bodily substances and the body of which read, "Ashes to ashes and they all fall down. Think of all the memories lost like I give a shit. Actually I do give a shit and here it is along with my Aids infected blood. Enjoy." The note bears the printed name "Jody Dixon" at the bottom, along with Mr. Dixon's inmate number.

7. On September 16, 2003, Postal Inspector John Murphy and

3

Massachusetts State Trooper Michael Ahern (together, the "investigators") visited Mr. Dixon at the prison. The investigators advised Mr. Dixon of his Miranda warnings. Mr. Dixon acknowledged that he understood his rights and expressed his willingness to speak with the investigators. In substance and among other things, Mr. Dixon admitted that he had sent the six envelopes and their contents on September 15, 2003; that he had been writing the letters to Ms. Goldstein and District Attorney Coakley when he learned that Attorney General Reilly had a fire in his home and found it "funny" that Attorney General Reilly had lost everything he had along with his memories, which Mr. Dixon equated with the lost memories of all the innocent people the Attorney General purportedly had sent to jail; that Ms. Goldstein was the Assistant District Attorney who had prosecuted him in Lowell Superior Court in 2000; that he would really like to kill Ms. Goldstein, whom Mr. Dixon thought went out of her way to give him a hard time and was sarcastic, even though he thought the plea agreement he received was favorable; that he wishes to kill Ms. Goldstein because she thinks she is "better than the rest"; that if he got out "tomorrow," he would kill Ms. Goldstein; that it would not be hard to find Ms. Goldstein and that he would hang out in the hallway at the Cambridge Court and get her there; that he wanted to use a knife rather than a gun because he wanted to get "up close and

4

personal"; that he wanted to slice her throat and stab her in the heart and see her drop to the floor covered in blood; that he does not have a lot of animosity toward District Attorney Coakley or Attorney General Reilly but that this is not to say that he would not "cave both their heads in" with a baseball bat if he were given the opportunity; that the investigators would find indications of his excrement and blood on all of the letters; that, by virtue of being a heroin addict, he has contracted Hepatitis B and C and is HIV positive; and that Hepatitis B and C are worse than AIDS, that he wanted people to contract those diseases, and that it is easier for transmission of those diseases to occur in the manner he sent the letters.

8. Based upon all of the foregoing, I believe probable cause exists to conclude that on September 15-16, 2003, Jody Dixon did knowingly cause to be delivered by the United States Postal Service according to the directions thereon communications addressed to other persons and containing threats to injure the

person of the addressees and others, in violation of Title 18, United States Code, § 876(c).

*Joyce V. Graves*
JOYCE V. GRAVES
Postal Inspector
United States Postal Service

Subscribed and sworn to before me this NOV 21 2003 day of November, 2003.

ROBERT B. COLLINGS
United States Magistrate Judge

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210

6