UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. MJ 03-___-RBC |
| ) | |
| JODY DIXON  ) | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America by and through Assistant United States Attorney Robert E. Richardson respectfully represents:

1. That JODY DIXON, DOB 03/07/72, is presently incarcerated at the Souza-Baranowski Correctional Center, 1 Harvard Road, Shirley, Massachusetts, and that on December 2, 2003, he will be incarcerated at that institution.

2. That on December 2, 2003, JODY DIXON is scheduled to appear at 10:15 a.m. before the United States District Court for the District of Massachusetts (Collings, M.J.) for the purpose of an initial appearance in the above-captioned matter.

WHEREFORE, petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to be directed to the Warden, Souza-Baranowski Correctional Center, 1 Harvard Road, Shirley, Massachusetts, or to any other person having custody and control of JODY DIXON, commanding them to produce JODY DIXON before the United States District Court for the District of Massachusetts,

1 Courthouse Way, Boston, Massachusetts, for the purpose of his initial appearance on December 2, 2003 at 10:15 a.m.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

                            By: /s/ Robert E. Richardson
                                ROBERT E. RICHARDSON

November 21, 2003               Assistant U.S. Attorney
                                (617) 748-3247

ALLOWED:

_____
ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE

DATED: _____