UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of her

deputies, and to:   Souza-Baranowski Correctional Center
1 Harvard Road
Shirley, Massachusetts

YOU ARE COMMANDED to have the body of  Jody Dixon (YOB 1972; SS# ending 5410)    now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No.  14  , on the  5th    floor, Boston, Massachusetts on Dec. 2, 2003, at     10:15 a.m.          for the purpose of      Initial Appearance    in the case of UNITED STATES OF AMERICA V.   Jody Dixon   Docket Number   03mj0472 RBC   

And you are to retain the body of said     Jody Dixon     while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said     Jody Dixon     to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this    21st    day of  November, 2003                     .

SEAL

TONY ANASTAS
CLERK OF COURT

By:_____
Gina Affsa, Deputy Clerk
To the Honorable Robert B. Collings

(habeas.wpd - 2/2000)                                                                                      [kwhcap.] or
                                                                                                            [kwhcat.]