# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of her

deputies, and to:      Souza-Baranowski Correctional Center
                       1 Harvard Road
                       Shirley, Massachusetts

YOU ARE COMMANDED to have the body of Jody Dixon (YOB 1972; SS# ending 5410) now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 14, on the 5th floor, Boston, Massachusetts on Dec.12, 2003, at 10:30 a.m. for the purpose of Initial Appearance in the case of UNITED STATES OF AMERICA V. Jody Dixon Docket Number 03mj0472 RBC

And you are to retain the body of said Jody Dixon while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Jody Dixon to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 9th day of December, 2003.

SEAL

TONY ANASTAS
CLERK OF COURT

By: s/ Gina Affsa
    Gina Affsa, Deputy Clerk
    To the Honorable Robert B. Collings

(habeas.wpd - 2/2000)                                    [kwhcap.] or
                                                         [kwhcat.]