UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 03CR 10375-MLW |
| | ) | |
| v. | ) | CRIMINAL NO.: |
| | ) | |
| JODY DIXON | ) | VIOLATIONS: |
| | ) | 18 U.S.C. § 876(c) – |
| | ) | Threatening Communications |
| | ) | Through the U.S. Mail |

INDICTMENT

COUNT ONE: (18 U.S.C. § 876(c) – Threatening Communication Through the U.S. Mail)

The Grand Jury charges that:

In or about September 2003, at Shirley and Boston, in the District of Massachusetts,

JODY DIXON,

defendant herein, did knowingly cause to be delivered by the United States Postal Service according to the direction thereon, a communication addressed to another person which contained a threat to injure the person of the addressee and of another, to wit: an envelope containing a threatening letter to the Attorney General of Massachusetts.

All in violation of Title 18, United States Code, Section 876(c).

**<u>COUNT TWO</u>: (18 U.S.C. § 876(c) - Threatening Communication Through the U.S. Mail)**

The Grand Jury further charges that:

In or about September 2003, at Shirley and Lowell, in the District of Massachusetts,

JODY DIXON,

defendant herein, did knowingly cause to be delivered by the United States Postal Service according to the direction thereon, a communication addressed to another person which contained a threat to injure the person of the addressee and of another, to wit: an envelope containing a threatening letter to the Middlesex County District Attorney.

All in violation of Title 18, United States Code, Section 876(c).

**COUNT THREE:** (18 U.S.C. § 876(c) - **Threatening Communication Through the U.S. Mail**)

The Grand Jury further charges that:

In or about September 2003, at Shirley and Cambridge, in the District of Massachusetts,

JODY DIXON,

defendant herein, did knowingly cause to be delivered by the United States Postal service according to the direction thereon, a communication addressed to another person which contained a threat to injure the person of the addressee and of another, to wit: an envelope containing a threatening letter to a former employee of the Middlesex County District Attorney's Office.

All in violation of Title 18, United States Code, Section 876(c).

**COUNT FOUR**: (18 U.S.C. § 876(c) - Threatening Communication
               Through the U.S. Mail)

The Grand Jury further charges that:

In or about September 2003, at Shirley and Cambridge, in the District of Massachusetts,

JODY DIXON,

defendant herein, did knowingly cause to be delivered by the United States Postal service according to the direction thereon, a communication addressed to another person which contained a threat to injure the person of the addressee and of another, to wit: an envelope containing a threatening letter to a former employee of the Middlesex County District Attorney's Office.

All in violation of Title 18, United States Code, Section 876(c).

**COUNT FIVE**: **(18 U.S.C. § 876(c) - Threatening Communication Through the U.S. Mail)**

The Grand Jury further charges that:

In or about September 2003, at Shirley and Cambridge, in the District of Massachusetts,

JODY DIXON,

defendant herein, did knowingly cause to be delivered by the United States Postal service according to the direction thereon, a communication addressed to another person which contained a threat to injure the person of the addressee and of another, to wit: an envelope containing a threatening letter to a former employee of the Middlesex County District Attorney's Office.

All in violation of Title 18, United States Code, Section 876(c).

A TRUE BILL

_[signature]_ 12/4/03
FOREPERSON OF THE GRAND JURY


_[signature]_
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS; 12:47pm, Dec 10, 2003

Returned into the District Court by Grand Jurors and filed.

_[signature]_
DEPUTY CLERK