UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
          v.                )   CRIMINAL NO. 03-10375-MLW
                            )
JODY DIXON                  )

## WAIVER

I, Jody Dixon, fully understand that subsequent to my initial appearance on a complaint filed against me on November 21, 2003 in the above-styled case in Federal Court, a Federal Detainer was placed against me at the Souza-Baranowski Correctional Center.

I understand that in these circumstances, I have certain rights under the Interstate Agreement on Detainers with respect to the Federal Court securing my presence for proceedings on the above-styled Federal indictment, which is the successor indictment to the complaint filed on November 21, 2003.

I have discussed this matter fully with my attorney, and after having such discussion, I hereby voluntarily waive any rights I might have under the Interstate Agreement on Detainers with respect to any proceedings on Indictment No. 03-10375-MLW, and I further voluntarily consent to the Federal Court issuing Writs of Habeas Corpus Ad Prosequendum whenever my presence is needed in Federal Court, and voluntarily consent to be returned to state custody after each proceeding at which my presence was achieved through a

Federal Writ of Habeas Corpus Ad Prosequendum.

_____
JODY DIXON

_____
Signature of Witness

_Martin Richey_____
Typed or Printed Name of Witness

Date signed: December 12, 2003

Place signed: Boston, MA