DATE: 1.22.04

BY: CMG

## MAGISTRATE JUDGE CLERK NOTES

Magistrate Judge: ROBERT B. COLLINGS     Date: 12/02/03     Time In Court: _____
Courtroom Clerk: HOWARTH                  Tape Number: _____
Case: USA v. JODY DIXON                    Case Number: 03 MJ-0472
AUSA: RICHARDSON                           Defense Counsel: B
PTSO/PO: _____                           Interpreter: _____ Language: _____

### TYPE OF HEARING

☑ **Initial Appearance**
☐ Arrested: Date: _____
   Charging District: _____
☐ on warrant  ☐ on probable cause
☑ Defendant Sworn
☑ Advised of Charges
☑ Advised of Rights
☑ Requests Appointment of Counsel
☐ Will Retain Counsel
☑ Court Orders Counsel be Appointed
☑ Government Requests Detention & Continuance

☐ **Arraignment**
☐ Defendant Waived Reading of Indictment
☐ Defendant Pleads Not Guilty to Counts _____

☐ **Removal Hearing/Rule 40**
☐ Defendant Waives Identity Hearing
☐ Defendant Ordered Removed to Charging District. Order to Issue.
☐ Defendant Released, Conditions Remain/ Modified/Set
☐ Identity Established

☐ **Preliminary Examination (Rule 5 or Rule 32.1)**
☐ Probable Cause Found
☐ Identity Established
☐ Defendant Waives Identity Hearing
☐ Defendant Waives Preliminary Examination

☐ **Detention Hearing**
☐ Defendant Requests a Continuance
☐ Defendant Consents to Voluntary Detention
☐ Defendant Detained, Order to Issue
☐ Defendant Released on _____ with conditions
☐ Detention Taken Under Advisement

☐ **Preliminary Probation Revocation Hearing**
☐ Defendant Ordered Detained
☐ Defendant Released

☐ **Bail Revocation Hearing**
☐ Bail Revoked, Defendant Ordered Detained
☐ Defendant Released, Conditions Remain/Modified
☐ Defendant Released on _____ with Conditions

☐ **Miscellaneous Hearings**
☐ Attorney Appointment Hearing
☐ Change of Plea (Rule 11) Hearing
☐ Material Witness Hearing
☐ Motion Hearing
☐ Initial Status Conference
☐ Interim Status Conference
☐ Final Status Conference
☐ Other _____

### CONTINUED PROCEEDINGS

PRELIMINARY EXAM Hearing/Conference set for DEC 12, 2003 at 10:00 AM

### REMARKS

GOV'T INFORM COURT OF MAXIMUM PENALTY; COURT QUESTIONS DEFT ON HIS ABILITY TO HIRE COUNSEL, COURT ORDER THAT FEDERAL DEFENDER J. MARTIN RICHEY BE APPOINTED AS COUNSEL

(C:\CmEcf\ImplementationTeams\MJSTARTeam\CrCtNoteMJforpdf.wpd 5/19/03)