# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                        CRIMINAL NO. 2003-10375-MLW

JODY DIXON,
        Defendant.

## *REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

      An Initial Status Conference was held on January 21, 2004; counsel for the defendant was present.

      The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)     No.

(2)     The Government shall provide expert reports pursuant to Rule 16(a)(1)(G), Fed.R.Crim.P. *no less than forty-five (45) working days before trial;* the defendant shall provide expert reports pursuant o Rule 16(b)(1)(C), Fed.R.Crim.P., *not less than twenty-*

*one (21) working days before trial.*

(3)  The Government will provide the results of any further tests which it may have done.

(4)  Any non-discovery type motions shall be filed and served *on or before the close of business on Wednesday, March 3, 2004;* the Government shall file and serve an opposition/response *within the time specified in the Local Rules.*

(5)  *See* Order of Excludable Delay entered this date.

(6)  Unknown whether there will be a plea; the trial would last a week.

(7)  The Final Status Conference is set for *Thursday, March 4, 2004 at 11:00 A.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)  *See* ¶¶ (1)-(4), *supra.*

(2)  It does not.

(3)  None.

(4)  *See* Order of Excludable Delay entered this date.

(5)  Not applicable.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

January 21, 2004.