# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                            CRIMINAL NO. 2003-10375-MLW

JODY DIXON,
       Defendant.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

12/10/2003 - Indictment returned.

12/12/2003 - Arraignment

12/13/2003 - 1/9/2004 -   Excluded as per L.R. 112.2(A)(2).

1/21/2004 - Conference held.

1/22 - 3/3/2004 -   Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of March 3, 2004, TWELVE (12) non-excludable days will have occurred leaving FIFTY-EIGHT (58) days left to commence trial so as to be

within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

January 21, 2004.