UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   )<br>         v.          )<br>   )<br>JODY DIXON,               )<br>        Defendant,        )<br>   ) | **CRIMINAL ACTION**<br>**NO.  03-10375-MLW** |

**ORDER ON THE GOVERNMENT'S MOTION FOR DETENTION**
**February 13, 2004**

**SWARTWOOD, M.J.**

I.   Nature of the Offense and the Government's Motion

On December 10, 2003, an Indictment was returned, charging Jody Dixon ("Mr. Dixon"), in Counts One through Five, with delivering a threatening communication through the United States mail, in violation of 18 U.S.C. § 876(c).

At Mr. Dixon's initial appearance in connection with this Indictment or the underlying Criminal Complaint, the Government had moved for detention, but Mr. Dixon was then in state custody and was returned to state custody.

On February 12, 2004, Mr. Dixon was released from state custody and appeared before me for his detention hearing.  On

February 12, 2004, Mr. Dixon assented to an Order of Detention but reserved his right to a detention hearing in the future.

## II. Order of Detention Pending Trial

In accordance with the foregoing memorandum,

IT IS ORDERED:

1. That Mr. Dixon be committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. That Mr. Dixon be afforded a reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request by an attorney for the Government, the person in charge of the corrections facility in which Mr. Dixon is detained and confined shall deliver Mr. Dixon to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

## RIGHT OF APPEAL

THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18 U.S.C. § 3145(b).

<pre>
                              /s/Chales B. Swartwood, III
                              CHARLES B. SWARTWOOD, III
                              MAGISTRATE JUDGE
</pre>