# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                         CRIMINAL NO. 2003-10375-MLW

JODY DIXON,
         Defendant.

## *ORDER RETURNING CASE*
## *TO DISTRICT JUDGE FOR CHANGE OF PLEA*

COLLINGS, U.S.M.J.

      The Court has been informed the defendant intends to plead guilty to the charge(s) contained in the Indictment.

      ACCORDINGLY, THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE WOLF'S SESSION.

      The Clerk shall enter on the docket the fact that the case "is no longer

referred to Magistrate Judge Collings."

*/s/ Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

Date:  March 15, 2004.