UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10375-MLW |
| | ) | |
| JODY DIXON | ) | |

<u>JOINT MOTION TO EXCLUDE TIME</u>

The parties jointly move this Court to exclude the period from March 15, 2004 (the date upon which this matter was referred to the Court from Magistrate Judge Collings in anticipation of defendant's guilty plea), through the date upon which a change of plea hearing is scheduled, from the time within which trial must commence in this case.

As grounds for this motion, the parties state as follows:

1. Defendant indicated at the magistrate court level that he intends to plead guilty pursuant to Fed.R.Crim.P. 11.

2. A change of plea hearing was scheduled before this Court on March 24, 2004.

3. At defendant's request, that hearing was canceled because of a significant disruption in defendant's psychiatric medication regimen. The disruption, in defendant's counsel's opinion, affected defendant's ability to proceed at that time, but it is expected that defendant will be able to proceed soon.

4. The parties submit that the foregoing circumstances -- an attempt to preserve judicial and governmental resources by

resolving this matter short of trial, and the difficulty scheduling a plea because of defendant's mental health concerns -- permit a finding by the Court that the delay from March 15, 2004 through the date upon which a change of plea hearing is scheduled is necessary in the interests of justice, and outweighs the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

|  |  |
|---|---|
| JODY DIXON<br>By his attorney | Respectfully submitted,<br><br>MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ J. Martin Richey<br>J. Martin Richey<br>   B.B.O. # 559902<br>Federal Defender Office<br>408 Atlantic Ave., 3rd. floor<br>Boston, MA  02210<br>Tel: 617-223-8061 | By: /s/ Robert E. Richardson (jmr)<br>Robert E. Richardson<br>Assistant U.S. Attorney |

Dated:  April 2, 2004