UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                    **CRIMINAL CASE**

                                                     **NO. 03-10375-MLW**

V.

**JODY DIXON**

            Defendant(s)

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a Change of Plea Hearing on **MAY 7, 2004** at 2:00 P.M. before Judge Wolf in Courtroom # **10** on the **5th** floor.

                                           TONY ANASTAS
                                           CLERK OF COURT

**April 15, 2004**              By:  **/s/ Dennis O'Leary**
    Date                             Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                              [ntchrgcnf.]
                                                      [kntchrgcnf.]