UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10375

| United States of America | Jody Dixon |
|---|---|
| PLAINTIFF | DEFENDANT |
| Robert Richardson | Martin Richey |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary          REPORTER  O'Hara

CLERK'S NOTES

| DATES: | Change of Plea Held |
|---|---|
| 05/07/04 | Court makes an inquiry regarding the defendnt's mental status and receipt of prescribed. |
| | Defense counsel informs the court that the defendant is receiving some medications and has no question |
| | regarding the defendant's competency. |
| | Defendant takes the stand and is sworn. |
| | Plea colloquy given. |
| | Government summarizes the evidence had the case gone to trial. |
| | Defendant pleads guilty to two counts of the indictment. |
| | Court accepts the defendants plea of guilty and orders the clerk to enter the same. |
| | Sentencing set for 8/13/2004 at 3:00 PM.  Sentencing procedural order to issue. |
| | Court continues the defendant's custody and remands the defendant to the USMs |
| | Defense counsel raises concerns regarding the defendant's receipt of all his prescription medications. |
| | Court has defense counsel raise the issue with the US Marshals' service in the first instance. |
| | |
| | |
| | |
| | |
| | |