UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | CRIMINAL NO. 03-10375-MLW |
| ) | |
| **JODY DIXON**    ) | |

**MOTION FOR LEAVE**
**TO FILE OVERSIZE BRIEF**

   The government respectfully moves this Court for leave to file a sentencing memorandum in excess of twenty pages.  As grounds therefor, the government respectfully states that the additional space is necessary in order to provide meaningful assistance to the Court with respect to the complex issues raised by the recent Supreme Court decision in Blakely v. Washington, 2004 WL 1402697 (June 24, 2004).

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

            By:  /s/ Robert E. Richardson
                 Robert E. Richardson
                 Assistant U.S. Attorney

1

CERTIFICATE OF SERVICE

Suffolk, ss.                                  Boston, Massachusetts
                                              July 23, 2004

    I hereby certify that a true copy of the foregoing was served by electronic filing upon counsel for the defendant, Martin Richey, Esq., Federal Defender Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02210.

                                          /s/ Robert E. Richardson
                                          Robert E. Richardson
                                          Assistant U.S. Attorney