```
          UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA         )
                                 )
            v.                   )    Cr. No. 03-10375-MLW
                                 )
JODY DIXON                       )

<u>ORDER</u>

WOLF, D.J.                                          August 11, 2004

    As requested by the government on August 5, 2004, the August 13, 2004 sentencing hearing is hereby POSTPONED because the interests of the administration of justice in providing the court an opportunity to conduct the necessary hearing on the pending motions outweigh the interests of the defendant and the public in a speedy sentencing. That hearing will be scheduled after the court has an opportunity to consider further the submissions on the pending motions, the last of which was made on August 9, 2004. The time until that hearing is hereby EXCLUDED for Speedy Trial Act purposes. <u>See</u> 18 U.S.C. § 3161(h)(8)(A).

                                                  /s/ MARK L. WOLF
                                          UNITED STATES DISTRICT JUDGE