```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
        v.                    )    Cr. No. 03-10290-MLW
                              )
ALAN L. HOMSY                 )

UNITED STATES OF AMERICA      )
                              )
        v.                    )    Cr. No. 03-10308-MLW
                              )
GLEN J. WALTERS               )

UNITED STATES OF AMERICA      )
                              )
        v.                    )    Cr. No. 03-10375-MLW
                              )
JODY DIXON                    )
```

                                    ORDER

WOLF, D.J.                                            September 2, 2004

    In each of the three above-captioned cases the defendant has asserted that the United States Sentencing Guidelines are unconstitutional under the reasoning of Blakely v. Washington, 124 S.Ct. 2531 (2004), and, therefore, may not be applied in sentencing him. The government disagrees. The court wishes to afford the parties an opportunity for oral argument on their motions. It would be most efficient to do so at a single, joint hearing.

    Accordingly, it is hereby ORDERED that:

    1. A joint hearing on the motions relating to Blakely shall be held on September 13, 2004, at 10:00 a.m.

    2. The parties shall be prepared to address the implications for the motions of: United States v. Jackson, 390 U.S. 570 (1968);

<u>Blount v. Rizzi</u>, 400 U.S. 410 (1971); <u>United States v. Sampson</u>, 245 F. Supp. 2d 327 (D. Mass. 2003); <u>United States v. Sampson</u>, 275 F. Supp. 2d 49, 66-71, 73-76, 82-83 (D. Mass. 2003).

    3.   If the parties wish to supplement their prior submissions, they shall do so by September 9, 2004.

                                        /s/ MARK L. WOLF
                                  UNITED STATES DISTRICT JUDGE