UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CR03-10290
CR03-10308
CASE NO.   CR03-10375

| | |
|---|---|
| | Alan Homsy |
| | Glen Walters |
| United States | Jody Dixon |
| PLAINTIFF | DEFENDANT |
| | |
| Robert Richardson | Timothy Watkins, Judith Misner |
| Paul Levenson | Miriam Conrad |
| | Martin Richey |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary                REPORTER   Twomey

CLERK'S NOTES

| DATES: | Blakely Hearing Held |
|---|---|
| 09/13/04 | Court listens to oral arguments from the parties. |
| | Court orders the government to provide a copy of the solicitor general's brief.  Government does so in court. |
| | Court requests a copy of Ashcroft's memo regarding the third point so long as it is a public document. |
| | Court takes the matter under advisement.  Court schedules the sentencing for Glen Walters for 10/5/2004 at |
| | 2:00 PM. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |