```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
         v.                   )    Cr. No. 03-10290-MLW
                              )
ALAN L. HOMSY                 )

UNITED STATES OF AMERICA      )
                              )
         v.                   )    Cr. No. 03-10308-MLW
                              )
GLENN J. WALTERS              )

UNITED STATES OF AMERICA      )
                              )
         v.                   )    Cr. No. 03-10375-MLW
                              )
JODY DIXON                    )
```

MEMORANDUM AND ORDER

WOLF, D.J.                                          September 17, 2004

Essentially for the reasons stated by Judge Frank Easterbrook in his dissent in United States v. Booker, 375 F.3d 508, 515-21 (7th Cir. 2004), and amplified by Judge J. Harvie Wilkinson, III in his concurrence in United States v. Hammoud, 2004 WL 2005622 (4th Cir. Sept. 8, 2004) at *32-34, this court finds that the United States Sentencing Guidelines are distinguishable from the statutes at issue in Blakely v. Washington, 124 S. Ct. 2531 (2004), and are constitutional. They will, therefore, be applied at the sentencings of defendants Alan Homsy, Glenn Walters, and Jody Dixon.

It is hereby ORDERED that:

1.   Walters' sentencing shall be held on October 14, 2004,

at  11:00 a.m., rather than on October 5, 2004.

    2.   Homsy's sentencing shall be held on October 26, 2004, at 3:00 p.m.

    3.   Dixon's sentencing shall be held on October 27, 2004, at 3:00 p.m.

                             /s/ Mark L. Wolf
                           UNITED STATES DISTRICT JUDGE