UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                    **CRIMINAL CASE**

                                                     **NO. 03-10375-MLW**

V.

**JODY DIXON**

            Defendant(s)

**NOTICE OF RESCHEDULING**

**WOLF, D.J.**

The **SENTENCING HEARING** originally scheduled for **OCTOBER 27, 2004** at **3:00 P.M.** before Judge **Wolf**, has been RESCHEDULED to **OCTOBER 27, 2004** at **11:00 A.M.** in Courtroom # **10** on the **5**th floor.

                                        TONY ANASTAS
                                        CLERK OF COURT

**October 20, 2004**                    By:    /s/ Dennis O'Leary
    Date                                       Deputy Clerk

**Notice to:**
(crim-cancel.wpd - 7/99)                           [ntchrgcnf.]
                                                   [kntchrgcnf.]