UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10375

United States of America                          Jody Dixon
        PLAINTIFF                                         DEFENDANT

Robert Richardson                                 Martin Richey

_____     _____

_____     _____

        COUNSEL FOR PLAINTIFF                   COUNSEL FOR DEFENDANT

JUDGE   Wolf              CLERK   O'Leary                   REPORTER   Twomey

CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 10/27/04 | Court addresses the government's motion for psychiatric evaluation (#29).  Court allows the motion orders |
| | the defendant be placed in BOP custody for up to sixty days.  Psychiatric report shall be filed by 12/30/2004. |
| | Court orders probation to secure the BOP placement and provide the presentence report and sentencing |
| | filings to the BOP.  Court orders the US Marshals to transport the defendant to the facility designated by |
| | the BOP forthwith.  Parties to supplement their filings by 1/17/05.  Probation to file an addendum to the PSR |
| | PSR by 1/27/05.  Sentencing hearing continued until 2/7/05 at 3:00 PM |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |