UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
         v.                 )    Cr. No. 03-10375-MLW
                            )
JODY DIXON                  )


                              ORDER

WOLF, D.J.                                          October 27, 2004

     For the reasons stated in Court on October 27, 2004, it is hereby ORDERED that:

     1.   The Government's Motion to Continue Sentencing and For Psychiatric Examination Under 18 U.S.C. §3552(c) (Docket No. 29) is ALLOWED.

     2.   Defendant Jody Dixon is, pursuant to 18 U.S.C. §§3552(b), 4244(b) and 4247(b) and (c), committed to the custody of the Bureau of Prisons for up to sixty days for the purpose of a psychiatric examination and report concerning: (a) whether and, if so, how Dixon's mental condition at the time of the offenses involved in this case and at present should affect the sentence imposed, including but not limited to whether it appears that Dixon intended to carry out his threats, see U.S.S.G. §2A6.1(b)(1) and PSR ¶40, and whether a downward departure pursuant to U.S.S.G. §5K2.13 is justified; and (b) whether Dixon is suffering from a mental disease or defect as a result of which he is in need of custody for care or treatment in a suitable facility. The report shall be filed, under

seal, by December 30, 2004. Upon a showing of good cause that additional time is necessary to observe and evaluate Dixon, this period may be extended up to sixty days. See 18 U.S.C. §3552(b).

3. The Probation Department shall secure the immediate designation of the Bureau of Prisons facility at which the examination shall be conducted, and furnish the Bureau of Prisons the PSR and relevant submissions concerning sentencing.

4. The U.S. Marshal shall promptly transport Dixon in the most expeditious manner available to the institution designated by the Bureau of Prisons.

5. The parties shall, by January 17, 2005, supplement their submissions to address the implications of the Bureau of Prisons' report.

6. The Probation Department shall, by January 27, 2005, prepare an additional addendum to the PSR addressing the implications of the Bureau of Prisons' report.

7. The sentencing hearing will continue on February 7, 2005, at 3:00 p.m.

                                       /s/ MARK L. WOLF
                                       UNITED STATES DISTRICT JUDGE