UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10375-MLW |
| ) | |
| JODY DIXON ) | |

DEFENDANT'S ASSENTED-TO MOTION TO AMEND 10/27/04
ORDER COMMITTING DEFENDANT PURSUANT TO 18 U.S.C. § 3552(c)

Defendant respectfully moves this Court to amend its 10/27/04 order committing defendant for an evaluation pursuant to 18 U.S.C. § 3552(c), by striking (at ¶ 2, line 9) the reference to U.S.S.G. § 5K2.13 (diminished capacity), and inserting instead "U.S.S.G. § 5H1.3" (extraordinary mental and emotional conditions). As grounds for this motion, defendant's sentencing memorandum seeks a departure under U.S.S.G. § 5H1.3 rather than U.S.S.G. § 5K2.13.[1]

JODY DIXON
By his attorney,

/s/ J. Martin Richey

J. Martin Richey
  B.B.O.# 559902
Federal Defender Office
408 Atlantic Ave., 3rd. floor
Boston, MA  02210
Tel: 617-223-8061

Date: October 27, 2004

---

[1] A diminished capacity departure appears unavailable to defendant because the instant offense is a crime of violence. See U.S.S.G. § 5K2.13; United States v. Gorsuch, 375 F.3d 114 (1st Cir. 2004).