UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10375-MLW |
| | ) | |
| JODY DIXON | ) | |

DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE SENTENCING

Defendant respectfully moves this Court to continue his sentencing hearing, currently scheduled on February 7, 2005 at 3:00 p.m. As grounds for this motion, defendant states as follows:

1. Defendant pled guilty on May 7, 2004 to an indictment charging him with five counts of sending threatening communications through the U.S. Mail (18 U.S.C. § 876(c)).

2. On October 27, 2004, the Court ordered that defendant be evaluated pursuant to 18 U.S.C. § 3552(c).

3. Defendant's sentencing is currently scheduled to occur on February 7, 2005 at 3:00 p.m.

4. The probation department has notified undersigned counsel that, although the 18 U.S.C. § 3552(c) evaluation has been completed, the *report* of the evaluation will not be completed until the end of next week (ending February 4, 2005).

5. Undersigned counsel will need an opportunity to review the report, and, depending upon the conclusions set forth in the report, may need time to write and file an additional sentencing memorandum.

6. The current sentencing schedule does not allow an adequate opportunity for undersigned counsel to read and respond to the 18 U.S.C. § 3552(c) evaluation report.

Assistant United States Attorney Robert E. Richardson assents to this motion.

>                    JODY DIXON
>                    By his attorney,
>
>
>                    /s/ J. Martin Richey
>                    J. Martin Richey
>                      B.B.O.# 559902
>                    Federal Defender Office
>                    408 Atlantic Ave., 3rd. floor
>                    Boston, MA  02210
>                    Tel: 617-223-8061

Date: January 27, 2005