UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                    **CRIMINAL CASE**

                                                     **NO. 03-10375-MLW**
                V.

**JODY DIXON**
                Defendant(s)

**NOTICE OF CANCELING**

**WOLF, D.J.**

The **SENTENCING HEARING** previously scheduled for **FEBRUARY 7, 2005** at **3:00 P.M.** before Judge **Wolf**, has been RESCHEDULED to **MARCH 15, 2005** at **3:00 PM.**

                                                     **TONY ANASTAS**
                                                     **CLERK OF COURT**

**January 27, 2005**                    By:   **/s/ Dennis O'Leary**
        Date                                          Deputy Clerk

**Notice to:**
(crim-cancel.wpd - 7/99)                              [ntchrgcnf.]
                                                      [kntchrgcnf.]