UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

2005 FEB 22 P 4: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10375-MLW |
| | ) | |
| JODY DIXON | ) | |

### DEFENDANT'S MOTION TO SEAL AND IMPOUND

Pursuant to Local Rule 7.2, defendant moves that the Court seal and impound the attached Defendant's Supplemental Sentencing Memorandum. Defendant further moves that the memorandum remain impounded until further order of this Court.

JODY DIXON
By his attorney,

/s/ J. Martin Richey
J. Martin Richey
B.B.O.# 559902
Federal Defender Office
408 Atlantic Ave., 3rd. floor
Boston, MA 02210
Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I, J. Martin Richey, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Robert E. Richardson by delivery on February 22, 2005.

/s/ J. Martin Richey
J. Martin Richey