UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 03-10375-MLW
)
JODY DIXON )

DEFENDANT'S MOTION TO FILE SENTENCING MEMORANDUM
ONE DAY LATE

Defendant respectfully moves this Court to grant him leave to file his supplemental sentencing memorandum one day late. As grounds for this motion, undersigned counsel has handled, over the past two weeks, four sentencings and one change of plea. As a consequence, counsel was unable to complete the sentencing memorandum in this case prior to the close of business Friday.

JODY DIXON
By his attorney,

J. Martin Richey
B.B.O.# 559902
Federal Defender Office
408 Atlantic Ave., 3rd. floor
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, J. Martin Richey, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Robert E. Richardson by delivery on February 22, 2005.

J. Martin Richey