UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  CR03-10375

| United States | Jody Dixon |
|---|---|
| PLAINTIFF | DEFENDANT |
| Robert Richardson | Martin Richey |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary          REPORTER  Twomey

## CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 3/15/05 | Court after questioning the defendant finds that he is competent to be sentenced today. |
| | Court makes the necessary rulings on parties objections to the pre-sentence report. Guidelines are as follows: TOL 23, CH VI, 92-115 months custody, 24-36 months supervised release, $4K-$44K fine and $500 SA fee. |
| | Government recommends a sentence of 115 months custody with recommendation that the defendant participate in psychiatric therapy and drug treatment while in custody, followed by 36 months supervised release, no fine and $500 special assessment fee. Defendant recommends a sentence of 60 months custody. |
| | Defendant declines to address the court. Court makes the two psychiatric evaluations part of the PSR. Formal sentencing: 115 months custody with judicial recommendation that the if interested the defendant participate in the 500 hour drug treatment program, followed by 36 months supervised release on the standard conditions plus cooperate in the collection of a DNA sample, not possess a firearm or other dangerous weapon, participate in s substance abuse treatment and testing program (testing not to exceed 104 per year) and participate in a mental health program as prescribed by probation. Court imposes no fine but does impose the mandatory $500 special assessment fee. Defendant advised of his right to appeal and to counsel. |