UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10375-MLW |
| ) | |
| JODY DIXON ) | |

### NOTICE OF APPEAL

Notice is hereby given that Jody Dixon, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on the 20th day of March, 2005.

                                             JODY DIXON
                                             By his attorney,

                                             /s/ J. Martin Richey
                                             J. Martin Richey
                                                 B.B.O. #559902
                                             Federal Defender Office
                                             408 Atlantic Avenue
                                             Boston, MA  02110
                                             Tel: 617-223-8061