## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 03-cr-10375

United States of America

v.

Jody Dixon

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/24/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 14, 2005.

Sarah A. Thornton, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/15/05

/s/ Burchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL, CLOSED

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:03-cr-10375-MLW-ALL

Case title: USA v. Dixon

Magistrate judge case number: 1:03-mj-00472-RBC

Date Filed: 12/10/2003

Assigned to: Judge Mark L. Wolf

### Defendant

**Jody Dixon** (1)
*TERMINATED: 03/20/2005*

represented by **J. Martin Richey**
Federal Defender's Office
408 Atlantic Avenue
Third Floor
Boston, MA 02110
617-223-8061
Fax: 617-223-8080
Email: martin_richey@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

18:876(c) - MAILING THREATENING COMMUNICATIONS
(1-5)

### Disposition

115 months custody to be served concurrently, 36 supervised release, $500.00 special assessment fee

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:876.F Mailing Threating Communications | |

**Plaintiff**

| USA | represented by | **Robert E. Richardson**<br>United States Attorney's Office<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>617-748-3247<br>Fax: 617-748-3951<br>Email: Robert.Richardson@usdoj.gov<br><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 11/21/2003 | 1 | COMPLAINT as to Jody Dixon (1). (Boyce, Kathy) [1:03-mj-00472-RBC] (Entered: 11/25/2003) |
| 11/21/2003 | 2 | Application for Writ of Habeas Corpus ad Prosequendum as to Jody Dixon, FILED. (Boyce, Kathy)[1:03-mj-00472-RBC] (Entered: 11/25/2003) |
| 11/21/2003 | 3 | Writ of Habeas Corpus ad Prosequendum Issued as to Jody Dixon for 12/2/03 (Affsa, Gina)[1:03-mj-00472-RBC] (Entered: 11/25/2003) |
| 11/21/2003 | | Attorney update in case as to Jody Dixon. Attorney Robert E. Richardson for USA added. (Affsa, Gina) [1:03-mj-00472-RBC] (Entered: 12/09/2003) |
| 11/25/2003 | | Judge Robert B. Collings : Electronic ORDER entered allowing Application for Writ of Habeas Corpus ad Prosequendum as to Jody Dixon (Affsa, Gina)[1:03-mj-00472-RBC] (Entered: 11/25/2003) |
| 12/02/2003 | | Notice of correction to docket made by Court staff. Correction: the judge assignment of case corrected because: the case was erroneously assigned to Judge Wolf at case opening and should have been assigned to Magistrate Judge Collings. (Boyce, Ka[1:03thy) [1:03-mj-00472-RBC] (Entered: 12/02/2003) |
| 12/02/2003 | | Attorney update in case as to Jody Dixon. Attorney J. Martin Richey for Jody Dixon added. (Affsa, Gina) [1:03-mj-00472-RBC] (Entered: 12/09/2003) |
| 12/02/2003 | 4 | Judge Robert B. Collings : ORDER PURSUANT TO US v. KING entered as to Jody Dixon (Affsa, Gina) [1:03-mj-00472-RBC] (Entered: 12/09/2003) |
| 12/02/2003 | 5 | CJA 23 Financial Affidavit by Jody Dixon (Affsa, Gina)[1:03-mj-00472-RBC] (Entered: 12/09/2003) |
| 12/02/2003 | 10 | Clerk's Notes for proceedings held before Judge Robert B. Collings :Initial Appearance as to Jody Dixon held on 12/2/2003 (Folan, Karen) (Entered: 01/26/2004) |

| 12/09/2003 | 6 | Writ of Habeas Corpus ad Prosequendum Issued as to Jody Dixon for 12/12/03 (Affsa, Gina)[1:03-mj-00472-RBC] (Entered: 12/09/2003) |
|---|---|---|
| 12/10/2003 | 7 | INDICTMENT as to Jody Dixon (1) count(s) 1-5. (Gawlik, Cathy) (Entered: 12/10/2003) |
| 12/10/2003 |  | Judge Mark L. Wolf : ORDER entered ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: pretrial proceedings as to Jody Dixon (Gawlik, Cathy) (Entered: 12/10/2003) |
| 12/12/2003 |  | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings:Arraignment as to Jody Dixon (1) Count 1-5 held on 12/12/2003. Defendant pleads not guilty to all counts. Initial status conference set for 1/21/03 at 12:00 noon. (Affsa, Gina) (Entered: 12/12/2003) |
| 12/12/2003 | 8 | Judge Robert B. Collings : MEMORANDUM AND ORDER entered following arraignment as to Jody Dixon (Affsa, Gina) (Entered: 12/18/2003) |
| 12/12/2003 | 9 | WAIVER of Rights Under Interstate Agreement on Detainers by Jody Dixon, FILED. (signed on 12/12/03) (Boyce, Kathy) (Entered: 12/22/2003) |
| 01/21/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings:Initial Status Conference as to Jody Dixon held on 1/21/2004. Gov't is waiting for an expert to determine whether or not the letters carried anthrax. Defense is unclear at this time whether or not a trial is anticipated. The final status conference is set for March 4, 2004 at 11:00 AM. (Digital recording) (Affsa, Gina) (Entered: 01/21/2004) |
| 01/21/2004 | 11 | Judge Robert B. Collings : REPORT AND ORDER on Initial Status Conference as to Jody Dixon. (Affsa, Gina) (Entered: 01/28/2004) |

| 01/21/2004 | 12 | Judge Robert B. Collings : ORDER FOR FINAL STATUS CONFERENCE entered as to Jody Dixon (Affsa, Gina) (Entered: 01/28/2004) |
| --- | --- | --- |
| 01/21/2004 | 13 | Judge Robert B. Collings : ORDER entered ORDER ON EXCLUDABLE DELAY as to Jody Dixon Time excluded 12/10/03; 12/12/0; 12/13/03 until 1/9/04; 1/21/04; 1/22/04 until 3/3/04. (Affsa, Gina) (Entered: 01/28/2004) |
| 02/12/2004 | 14 | Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Detention Hearing as to Jody Dixon held on 2/12/2004. (2:02 P.) (Roland, Lisa) (Entered: 02/26/2004) |
| 02/13/2004 | 15 | Judge Charles B. Swartwood : ORDER ON THE GOVERNMENT'S MOTION FOR DETENTION as to Jody Dixon, cc/cl. (Roland, Lisa) Additional attachment(s) added on 2/26/2004 (Roland, Lisa). (Entered: 02/26/2004) |
| 03/15/2004 | 16 | Judge Robert B. Collings : ORDER RETURNING CASE TO DISTRICT JUDGE FOR A GUILTY PLEA as to Jody Dixon (Affsa, Gina) (Entered: 03/15/2004) |
| 03/15/2004 |  | Case as to Jody Dixon no longer referred to Magistrate Judge Robert B. Collings. (Affsa, Gina) (Entered: 03/15/2004) |
| 03/22/2004 | 17 | Writ of Habeas Corpus ad Prosequendum Issued as to Jody Dixon for 3/24/2004 (O'Leary, Dennis) (Entered: 03/22/2004) |
| 04/02/2004 | 18 | JOINT MOTION for Excludable Delay from 3/15/04 to through the date upon which a change of plea is scheduled as to Jody Dixon by USA, Jody Dixon, FILED, c/s.(Boyce, Kathy) (Entered: 04/07/2004) |
| 04/15/2004 | 19 | NOTICE OF HEARING as to Jody Dixon Change of Plea Hearing set for 5/7/2004 02:00 PM in Courtroom |

| | | |
|---|---|---|
| | | 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 04/15/2004) |
| 05/03/2004 | | Judge Mark L. Wolf : Electronic ORDER entered granting 18 Motion to Exclude as to Jody Dixon (1) (O'Leary, Dennis) (Entered: 05/03/2004) |
| 05/07/2004 | 20 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Change of Plea Hearing as to Jody Dixon held on 5/7/2004 (Court Reporter O'Hara.) (O'Leary, Dennis) (Entered: 05/10/2004) |
| 05/07/2004 | 21 | Judge Mark L. Wolf : ORDER entered PROCEDURAL ORDER re sentencing hearing as to Jody Dixon Sentencing set for 8/13/2004 03:00 PM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 05/10/2004) |
| 07/23/2004 | 22 | Memorandum regarding Sentencing as to Jody Dixon (Richardson, Robert) (Entered: 07/23/2004) |
| 07/23/2004 | 23 | MOTION for Leave to File Excess Pages *as to Sentencing Memorandum* as to Jody Dixon by USA. (Richardson, Robert) (Entered: 07/23/2004) |
| 07/30/2004 | 24 | SENTENCING MEMORANDUM by Jody Dixon (Richey, J.) (Entered: 07/30/2004) |
| 08/10/2004 | 32 | TRANSCRIPT of Motion Hearing as to Jody Dixon held on May 7, 2004 before Judge Wolf. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 978-465-1458 or the Clerk's Office. (Scalfani, Deborah) (Entered: 08/10/2004) |
| 08/11/2004 | 33 | Judge Mark L. Wolf : ORDER entered as to Jody Dixon, ORDER CANCELLING DEADLINE as to Jody Dixon. As requested by the government on August 5, 2004, the August13, 2004 sentencing hearing is hereby POSTPONED because theinterests |

| | | |
|---|---|---|
| | | of the administration of justice in providing the courtan opportunity to conduct the necessary hearing on the pendingmotions outweigh the interests of the defendant and the public ina speedy sentencing. That hearing will be scheduled after the courthas an opportunity to consider further the submissions on thepending motions, the last of which was made on August 9, 2004. Thetime until that hearing is hereby EXCLUDED for Speedy Trial Actpurposes. See 18 U.S.C. ? 3161(h)(8)(A). (O'Leary, Dennis) (Entered: 08/11/2004) |
| 08/12/2004 | 34 | MOTION to Seal as to Jody Dixon FILED. (Boyce, Kathy) (Entered: 08/13/2004) |
| 09/02/2004 | 38 | Judge Mark L. Wolf : ORDER entered as to Jody Dixon Accordingly, it is hereby ORDERED that:1. A joint hearing on the motions relating to Blakely shallbe held on September 13, 2004, at 10:00 a.m.2. The parties shall be prepared to address the implicationsfor the motions of: United States v. Jackson, 390 U.S. 570 (1968);Blount v. Rizzi, 400 U.S. 410 (1971); United States v. Sampson, 245F. Supp. 2d 327 (D. Mass. 2003); United States v. Sampson, 275 F.Supp. 2d 49, 66-71, 73-76, 82-83 (D. Mass. 2003).3. If the parties wish to supplement their priorsubmissions, they shall do so by September 9, 2004. (O'Leary, Dennis) (Entered: 09/02/2004) |
| 09/13/2004 | 39 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Blakely Hearing as to Jody Dixon held on 9/13/2004 re 23 (Court Reporter Twomey.) (O'Leary, Dennis) (Entered: 09/15/2004) |
| 09/17/2004 | 40 | Judge Mark L. Wolf : MEMORANDUM AND ORDER entered. Essentially for the reasons stated by Judge FrankEasterbrook in his dissent in United States v. Booker, 375 F.3d508, 515-21 (7th Cir. 2004), and amplified by Judge J. HarvieWilkinson, III in his |

| | | |
|---|---|---|
| | | concurrence in United States v. Hammoud, 2004 WL 2005622 (4th Cir. Sept. 8, 2004) at *32-34, this court finds that the United States Sentencing Guidelines are distinguishable from the statutes at issue in Blakely v. Washington, 124 S. Ct. 2531 (2004), and are constitutional. They will, therefore, be applied at the sentencings of defendants Alan Homsy, Glenn Walters, and Jody Dixon. It is hereby ORDERED that: 1. Walters' sentencing shall be held on October 14, 2004, at 11:00 a.m., rather than on October 5, 2004. 2. Homsy's sentencing shall be held on October 26, 2004, at 3:00 p.m. 3. Dixon's sentencing shall be held on October 27, 2004, at 3:00 p.m. (O'Leary, Dennis) (Entered: 09/17/2004) |
| 10/20/2004 | 41 | NOTICE OF RESCHEDULING as to Jody Dixon. The SENTENCING HEARING originally scheduled for OCTOBER 27, 2004 at 3:00 P.M. before Judge Wolf, has been RESCHEDULED to OCTOBER 27, 2004 at 11:00 A.M. in Courtroom # 10 on the 5th floor. (O'Leary, Dennis) (Entered: 10/20/2004) |
| 10/27/2004 | 42 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Sentencing Hearing as to Jody Dixon held on 10/27/2004. Hearing is continued until 2/7/2005 at 3:00 PM. (Court Reporter Twomey.) (O'Leary, Dennis) (Entered: 10/27/2004) |
| 10/27/2004 | 43 | Judge Mark L. Wolf : ORDER entered as to Jody Dixon For the reasons stated in Court on October 27, 2004, it is hereby ORDERED that: 1. The Government's Motion to Continue Sentencing and For Psychiatric Examination Under 18 U.S.C. ?3552(c) (Docket No. 29) is ALLOWED. 2. Defendant Jody Dixon is, pursuant to 18 U.S.C. ?3552(b), 4244(b) and 4247(b) and (c), committed to the custody of the Bureau of Prisons for up to sixty days for the purpose of a psychiatric examination and report... The report shall be filed, under seal, by December 30, 2004. 4. |

| | | |
|---|---|---|
| | | Prisons' report. 7. The sentencing hearing will continue on February 7, 2005, at 3:00 p.m. (O'Leary, Dennis) (Entered: 10/27/2004) |
| 10/27/2004 | 44 | Assented to MOTION to Amend *10/27/04 Order Committing Defendant* as to Jody Dixon. (Richey, J.) (Entered: 10/27/2004) |
| 10/31/2004 | | Judge Mark L. Wolf : Electronic ORDER entered denying 44 Motion to Amend as to Jody Dixon (1) (O'Leary, Dennis) Modified on 11/1/2004 (O'Leary, Dennis). While the report may also address section 5H1.3 independently, this motion is denied because with regard to sentencing section 5H1.3 ordinarily permits departure only of they are justified under chapter 5, part K, subpart 2. (Entered: 11/01/2004) |
| 11/01/2004 | | Notice of correction to docket made by Court staff. Correction: Electronic Order on Motion to Amend Order corrected because: to provide more detail as to Jody Dixon (O'Leary, Dennis) (Entered: 11/01/2004) |
| 01/26/2005 | 45 | TRANSCRIPT of Motion Hearing as to Jody Dixon held on September 13, 2004 before Judge Wolf. Court Reporter: Judith A. Twomey. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/946-2577 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/26/2005) |
| 01/27/2005 | 46 | Assented to MOTION to Continue *Sentencing* as to Jody Dixon. (Richey, J.) (Entered: 01/27/2005) |
| 01/30/2005 | | Judge Mark L. Wolf : Electronic ORDER entered granting 46 Motion to Continue Sentencing as to Jody Dixon (1)The defendant shall respond to the evaluation by 2/18/2005 and the government shall reply by 2/28/2005. (O'Leary, Dennis) (Entered: 02/02/2005) |
| 02/02/2005 | 47 | NOTICE OF RESCHEDULING as to Jody Dixon The |

| | | |
|---|---|---|
| | | SENTENCING HEARING previously scheduled for FEBRUARY 7, 2005 at 3:00 P.M. before Judge Wolf, has been RESCHEDULED to MARCH 15, 2005 at 3:00PM.(O'Leary, Dennis) (Entered: 02/02/2005) |
| 02/07/2005 | | Psychiatric Report Received (Sealed) as to Jody Dixon (Boyce, Kathy) (Entered: 02/11/2005) |
| 02/22/2005 | 48 | MOTION to Seal And Impound as to Jody DixonFILED, c/s. (Boyce, Kathy) (Entered: 02/23/2005) |
| 02/22/2005 | 49 | MOTION for Extension of Time for One Day to File Sentencing Memorandum as to Jody Dixon, FILED, c/s. (Boyce, Kathy) (Entered: 02/23/2005) |
| 02/22/2005 | 50 | Sealed Document (Boyce, Kathy) (Entered: 02/23/2005) |
| 02/28/2005 | 51 | Sealed Document (Boyce, Kathy) (Entered: 02/28/2005) |
| 02/28/2005 | 52 | Sealed Document (Boyce, Kathy) (Entered: 02/28/2005) |
| 03/15/2005 | 53 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Sentencing held on 3/15/2005 for Jody Dixon (1), Count(s) 1-5, 115 months custody to be served concurrently, 36 supervised release, $500.00 special assessment fee. (Court Reporter Twomey.) (O'Leary, Dennis) (Entered: 03/16/2005) |
| 03/15/2005 | 55 | Judge Mark L. Wolf : ORDER entered. STATEMENT OF REASONS as to Jody Dixon (O'Leary, Dennis) (Entered: 03/21/2005) |
| 03/20/2005 | 54 | Judge Mark L. Wolf : ORDER entered. JUDGMENT as to Jody Dixon (1), Count(s) 1-5, 115 months custody to be served concurrently, 36 supervised release, $500.00 special assessment fee (O'Leary, Dennis) (Entered: 03/21/2005) |
| | | |

| 03/24/2005 | 56 | NOTICE OF APPEAL by Jody Dixon Filing fee $ 255. Reason fee is not required: indigent NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/13/2005. (Richey, J.) Additional attachment(s) added on 3/24/2005 (Boyce, Kathy). Modified on 3/24/2005 to add a signed version of document as an unsigned version was inadvertently e-filed previously(Boyce, Kathy). (Entered: 03/24/2005) |