# United States Court of Appeals
## For the First Circuit

No. 05-1559

UNITED STATES OF AMERICA,

Appellee,

v.

JODY DIXON,

Defendant, Appellant.

**JUDGMENT**

Entered: May 26, 2006

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk
Date: 6/9/06

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
_____
By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. Richey, Mr. Richardson, & Ms. Chaitowitz.]